**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1712**

CARLOS A. ALFORD,

        Plaintiff – Appellant,

      v.

RAY MABUS, Secretary of the Navy; W. DEAN PHIEFFER,
Chairman Board of Corrections; ROBERT D. ZSALMAN, Acting
Executive Director,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington. James C. Dever III,
Chief District Judge. (7:14-cv-00195-D)

Submitted: October 30, 2015     Decided: November 18, 2015

Before SHEDD, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carlos A. Alford, Appellant Pro Se. Robert Francisco Ramirez,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos A. Alford appeals the district court's order dismissing this action for want of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alford v. Mabus, No. 7:14-cv-00195-D (E.D.N.C. June 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED